1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  WILLIAM HELM, DEBORAH PRISE,          )  No.  CV 08-01184 SI
15  HEATHER P. RADY, et al., on behalf of )
    themselves and all other employees and former )
16  employees similarly situated,         )  [PROPOSED] ORDER EXTENDING
                                          )  DEADLINE TO COMPLY WITH ADR
17             Plaintiffs,                )  REQUIREMENTS
                                          )
18       vs.                              )
                                          )
19  ALDERWOODS GROUP, INC., PAUL A.       )
    HOUSTON, SERVICE CORPORATION          )
20  INTERNATIONAL, SCI FUNERAL AND        )
21  CEMETERY PURCHASING                   )
    COOPERATIVE, INC., SCI EASTERN        )
22  MARKET SUPPORT CENTER, L.P., SCI      )
    WESTERN MARKET SUPPORT CENTER,        )
23  L.P., a/k/a SCI WESTERN MARKET        )
24  SUPPORT CENTER, INC., and SCI         )
    HOUSTON MARKET SUPPORT CENTER,        )
25  L.P.                                  )
                                          )
26             Defendants.                )
27

28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
    REQUIREMENTS                                                    1

    Case No.:  CV 08-01184 SI

1
2      Pursuant to the Stipulation of counsel and good cause appearing, the deadlines relative to
3  counsel and the parties filing their ADR Certifications and either 1) a Stipulation and [Proposed]
4  Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference pursuant to Civil
5  L.R. 16-8(b), ADR L.R. 3-5(b), Civil Local Rule 16-8(c), and ADR L.R. 3-5(c), (d) are hereby
6  postponed until after the Court has issued its ruling on Defendants' motion to transfer this action to
7  the U.S. District Court for the Western District of Pennsylvania. The court will set a new date for
8  compliance with the aforementioned ADR requirements at the time of the initial Case Management
   Conference which will be held on July 25, 2008 at 2:00 p.m.
9
10
11     **IT IS SO ORDERED.**
12
13  Dated:_____                    _____
14                                              Honorable Susan Illston
                                                United States District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLY WITH ADR
    REQUIREMENTS                                                    2

    Case No.:  CV 08-01184 SI