| | |
|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 |
| 2 | Maria V. Morris, State Bar No. 223903 |
|   | Lori E. Rifkin, State Bar No. 244081 |
| 3 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
| 6 | Attorneys for Plaintiffs |
| 7 | (Additional Counsel for Plaintiffs on the following page) |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | | Case Nos. C 08-1190-SI, C 08-1184-SI |
| 13 | CLAUDE BRYANT, et al., | STIPULATION OF SUBSTITUTION |
| 14 | On behalf of themselves and all employees similarly situated, | OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | SERVICE CORPORATION INTERNATIONAL, et al., | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |
| 21 | WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated, | |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | ALDERWOODS GROUP, INC., et al. | |
| 25 | Defendants. | |

26  PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27  substitute one of their counsel and attorneys of record as in this matter as follows:

28  Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
 1       Sanford Jay Rosen
         Maria V. Morris
         Lori E. Rifkin
 2       315 Montgomery Street, Tenth Floor
         San Francisco, CA 94104
 3       (415) 433-6830

 4  New Counsel:   Burnham Brown
                   Robert M. Bodzin
 5                 P.O. Box 119
                   Oakland, California 94604-0119
 6                 (510) 444-6800
```

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.   2   Case Nos. C 08-1190-SI, C 08-1184-SI

| | |
|---|---|
| 1 | Additional Counsel for Plaintiffs |
| 2 | J. Nelson Thomas, NY Attorney No. 2579159 |
| | Patrick J. Solomon, NY Attorney No. 2716660 |
| 3 | Annette Gifford, NY Attorney No. 4105870 |
| | DOLIN, THOMAS & SOLOMON LLP |
| 4 | 693 East Avenue |
| | Rochester, NY 14607 |
| 5 | Telephone: (585) 272-0540 |
| | Facsimile: (585) 272-0574 |
| 6 | |
| | Charles H. Saul, PA State Bar No. 19938 |
| 7 | MARGOLIS EDELSTEIN |
| | 525 William Penn Place, Suite 3300 |
| 8 | Pittsburgh, PA 15219 |
| | Telephone: (412) 281-4256 |
| 9 | Facsimile: (412) 642-2380 |

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL   4   Case Nos. C 08-1190-SI, C 08-1184-SI

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

*Susan Illston*
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR      3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL