1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., PAUL HOUSTON
   SERVICE CORPORATION INTERNATIONAL,
7  SCI FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN MARKET
8  SUPPORT CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P., and SCI HOUSTON
9  MARKET SUPPORT CENTER, L.P.

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 | | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | No.  CV 08-01184 SI |
| Plaintiffs, | **[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P. | |
| Defendants. | |

28  [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                       1

Case No.:  CV 08-01184 SI

1
2   Pursuant to the Stipulation of counsel and good cause appearing, the July 29, 2009 date for
3   the Case Management Conference in this matter is hereby vacated and the Case Management
4   Conference is continued to Friday, September 25, 2009 at 3:00 p.m. in Department 10 of this
    Court.
5
6   **IT IS SO ORDERED.**
7
8   Dated:_____            _____
9                                      Honorable Susan Illston
                                       United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE
                                         2

Case No.:  CV 08-01184 SI