1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM HELM, DEBORAH PRISE,          )  **CASE NO.  3:08-CV-01184 SI**
   HEATHER P. RADY, et al., on behalf of )
12 themselves and all other employees and former )
   employees similarly situated,         )
13                                         )  **[PROPOSED] ORDER CONTINUING**
                    Plaintiffs,           )  **CASE MANAGEMENT CONFERENCE**
14                                         )
   v.                                     )
15                                         )
   ALDERWOODS GROUP, INC.,                )
16                                         )
                    Defendant.            )
17                                         )
                                           )
18                                         )
   _____)
19

20        Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22        1.      The date for the further Case Management Conference, previously set for July 30,

23 2010 is moved to **September 10, 2010 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    1

   Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

1

2

3                                                    _____
                                                     Honorable Susan Illston
4                                                    United States District Court

5    **AGREED TO:**

6    Dated: July 21, 2010

7

8    By: /s/ Sarah Cressman                     By: /s/ John A. Mason
                                                 _____
9       J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee
        Patrick J. Solomon (*pro hac vice*)        Nicholas P. Forestiere
10      Annette Gifford (*pro hac vice*)           John A. Mason
        Sarah Cressman (*pro hac vice*)            GURNEE & DANIELS LLP
11      THOMAS & SOLOMON LLP                       2240 Douglas Blvd, Suite 150
12      693 East Avenue                            Roseville, CA 95648
        Rochester, NY  14607                       Telephone:  916-797-3100
13      Telephone:  585-272-0540                   Facsimile:  916-797-3131
        Facsimile:  585-272-0574
14                                                 Counsel for Defendant

15      Robert M. Bodzin, State Bar No. 201327
        BURNHAM BROWN
16      P.O. Box 119
        Oakland, CA 94604
17      Telephone: (510) 835-6833
        Facsimile:  (510) 835-6666
18

19      Charles H. Saul (*pro hac vice*)
        Liberty J. Weyandt (*pro hac vice
20      pending*)
        Kyle T. McGee (*pro hac vice*)
21      MARGOLIS EDELSTEIN
        525 William Penn Place
22      Suite 3300
        Pittsburgh, PA 15219
23      Telephone:  412-281-4256
        Facsimile:  412-642-2380
24

25      Counsel for Plaintiffs

26

27

28
     [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                    2

     Case No.:  3:08-CV-01184 SI